United States District Court
Northern District of New York

_____
                                            )
RODERICK D. WOODS,                          )     1:12-cv-01830-FJS/RFT
            *Plaintiff*                     )
                                            )
                                            )
                                            )     NOTICE OF VOLUNTARY
                                            )     DISMISSAL
v.                                          )
                                            )
                                            )
CREDITORS FINANCIAL GROUP                   )
                                            )
            *Defendant.*                    )
_____)

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to the dismissal with prejudice of the above-captioned and numbered matter in its entirety, including all of Plaintiff's claims against Defendant.

   Dated, this 6th day of May, 2013.

Respectfully Submitted,


*Roderick D. Woods, Esq.*

Attorney for Plaintiff

The Woods Law Firm, LLC
Roderick D. Woods, Esq.
Attorney and Counselor-at-Law
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Northern District Bar Roll No. 515559
Tel.   (860) 249-7056
Fax.   (860) 249-7001
E-Mail: rwoods@rdw-law.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  May 7, 2013
        Syracuse, NY