United States District Court
Northern District of New York

| | | |
|---|---|---|
| RODERICK D. WOODS, *Plaintiff* | ) ) ) ) ) ) ) ) | 1:12-cv-01830-FJS/RFT |
| v. | ) ) ) ) | NOTICE OF VOLUNTARY DISMISSAL |
| CREDITORS FINANCIAL GROUP *Defendant.* | ) ) ) ) ) | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to the dismissal with prejudice of the above-captioned and numbered matter in its entirety, including all of Plaintiff's claims against Defendant.

Dated, this 6th day of May, 2013.

Respectfully Submitted,

*Roderick D. Woods, Esq.*

Attorney for Plaintiff

The Woods Law Firm, LLC
Roderick D. Woods, Esq.
Attorney and Counselor-at-Law
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Northern District Bar Roll No. 515559
Tel.  (860) 249-7056
Fax.  (860) 249-7001
E-Mail: rwoods@rdw-law.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: May 7, 2013
       Syracuse, NY